UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NIDAL AL KURDY; LAMA ABU KHADOUR; FARAH AL KURDY<br>Plaintiffs,<br>V.<br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, F. Gerard Heinauer as Director Nebraska Service Center; UNITED STATES DEPARTMENT OF JUSTICE, Alberto Gonzales as United States Attorney General<br>Defendants | Civil Action No. 8:07CV225<br><br>ORDER OF DISMISSAL |

The Court, having considered the Unopposed Motion for Dismissal pursuant to Fed. R. Civ. P. 41(a)(1) filed by Plaintiffs, (Filing No.16) hereby ORDERS that all claims of Plaintiffs are dismissed without prejudice with each party to bear its own costs.

DATED this 14th day of February, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge